**Gary Shanholtzer and Patricia Shanholtzer, His Wife, Plaintiffs-Appellants, v. Edward McDaniel, d/b/a Mac Realty and Insurance, Defendant-Appellee.**

**Gen. No. 68–23.**

Second District.

August 2, 1968.

Runyard, Behanna, Conzelman, Schultz & O'Meara, of Waukegan (John E. Schultz, of counsel), for appellants; no brief filed or appearance made in behalf of appellee. Opinion by PRESIDING JUSTICE ABRAHAMSON. Not to be published in full.